UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. STEWART,<br><br>    *Plaintiff*,<br><br>vs.<br><br>STATE OF NEVADA, *et al.,*<br><br>    *Defendants.* | Case No. 2:13-cv-01572-APG-VCF<br><br>**O R D E R** |

On plaintiff's application (Dkt. #1) to proceed *in forma pauperis*, the application is incomplete because plaintiff but did not attach a copy of his inmate account statement. Both a properly executed financial certificate and an inmate account statement are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

**IT THEREFORE IS ORDERED** that the application to proceed *in forma pauperis* (Dkt. #1) is **DENIED** without prejudice. This action will be dismissed without prejudice unless plaintiff either pays the $350.00 filing fee or submits a new and properly completed application within thirty (30) days of entry of this order.

The Clerk shall send plaintiff two copies of a blank application form to proceed *in forma pauperis* for incarcerated persons, together with the instructions for same.

DATED:   November 5, 2013.

_____
Andrew P. Gordon
United States District Judge