UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT E. STEWART,

               *Plaintiff*,

vs.

STATE OF NEVADA, *et al.*,

               *Defendants.*

Case No. 2:13-cv-01572-APG-VCF

**O R D E R**

In this prison civil rights action, the Court's prior order (Dkt. #4) stated that the action would be dismissed unless plaintiff either paid the filing fee or submitted a new and properly completed pauper application within thirty days of the order. Plaintiff did not submit a properly completed pauper application but instead filed only the financial attachments for a pauper application. Plaintiff must file a completely new pauper application, not merely financial attachments. The Court will give plaintiff one last opportunity to comply with the prior order.

**IT THEREFORE IS ORDERED** that this action will be dismissed without further advance notice unless plaintiff either pays the full filing fee or submits a properly completed pauper application within **thirty (30) days** of entry of this order.

The Clerk shall SEND plaintiff two copies of a blank application form to proceed *in forma pauperis* for incarcerated persons, together with the instructions for same.

Dated: January 17, 2014.

                                                          _____
                                                          ANDREW P. GORDON
                                                          United States District Judge